IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA
Case No.: 1:20-cv-00185

| | |
|---|---|
| SAMSUNG FIRE & MARINE INSURANCE COMPANY, LTD.,<br><br>           Plaintiff,<br><br>   v.<br><br>HARTFORD FIRE INSURANCE COMPANY,<br><br>           Defendant. | **JOINT STIPULATION OF DISMISSAL WITH PREJUDICE** |

      NOW COME Plaintiff Samsung Fire & Marine Insurance Company, Ltd. and Defendant Hartford Fire Insurance Company, jointly and pursuant to Rule 41 of the Federal Rules of Civil Procedure, and stipulate and agree to a voluntary dismissal with prejudice of this action, with each party to bear its own costs and attorneys' fees.

      This the 8th day of July, 2021.

| | |
|---|---|
| /s/ David L. Brown | /s/ D.J. O'Brien III |
| David L. Brown | D. J. O'Brien III |
| N.C. State Bar No. 18942 | N.C. State Bar No. 35481 |
| dbrown@goldbergsegalla.com | dobrien@brookspierce.com |
| Goldberg Segalla LLP | Brooks, Pierce, McLendon, Humphrey & Leonard, LLP |
| 701 Green Valley Road, Suite 310 | 2000 Renaissance Plaza |
| Greensboro, NC 27408 | 230 North Elm Street |
| Telephone: 336-419-4902 | Greensboro, NC 27401 |
| Facsimile: 336-419-4950 | Telephone: 336-373-8850 |
| *Attorney for Plaintiff Samsung Fire & Marine Insurance Company, Ltd* | Facsimile: 336-378-1001 |
| | Susan M. Hogan |
| | Shogan@kg-law.com |
| | Steven M. Klepper |
| | sklepper@kg-law.com |
| | Kramon & Graham, P.A. |
| | One South Street, Suite 2600 |
| | Baltimore, MD 21202 |
| | Telephone: 410-752-6030 |
| | Facsimile: 410-539-1269 |
| | *Attorneys for Defendant Hartford Fire Insurance Company* |

# CERTIFICATE OF SERVICE

I hereby certify that on this date, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the registered participants as identified on the Notice of Electronic filing (NEF).

This the 8th day of July, 2021.

        **GOLDBERG SEGALLA LLP**

        /s/ David L. Brown
        David L. Brown (N.C. State Bar No. 18942)
        dbrown@goldbergsegalla.com
        701 Green Valley Road, Suite 310
        Greensboro, NC 27408
        Telephone: 336-419-4902
        Facsimile: 336-419-4950

        *Attorney for Plaintiff Samsung Fire & Marine Insurance Company, Ltd.*

30472009.v1

Case 1:20-cv-00185-CCE-JLW   Document 47   Filed 07/08/21   Page 2 of 2